IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTIONE RONNELL
WATERS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

CASE NO. 1D15-2047

v.

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed January 5, 2016.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Carlos J. Martinez, Public Defender, and Stephen J. Weinbaum, Assistant Public Defender, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

BENTON, LEWIS and BILBREY, JJ., CONCUR.